# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEVON JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANITA BAZILE-SAWYER and<br>JOSEPH KINSEY,<br><br>　　　　Defendants. | Case No. 17-cv-01303-SMY |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

This matter is before the Court on the Report and Recommendation ("Report") of United States Magistrate Judge Mark A. Beatty recommending this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with a Court Order. (Doc. 31). No objections have been filed to the Report.

When neither timely nor specific objections to a Report and Recommendation are made, the Court need not conduct a *de novo* review of the Report. *Johnson v. Zema Systems Corp.,* 170 F.3d 734, 739 (7th Cir. 1999). Instead, the Court reviews the Report for clear error. *Id.* The Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Court finds no error in the Report and agrees with Judge Beatty's findings of fact and conclusions of law. Accordingly, the Court **ADOPTS** the Report in its entirety and this action is **DISMISSED with prejudice** pursuant to Rule 41(b).

　　**IT IS SO ORDERED.**

　　**DATED: January 14, 2020**　　　　　　*s/ Staci M. Yandle*
　　　　　　　　　　　　　　　　　　　　　　**STACI M. YANDLE**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**